UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendant*. | Civil Action No. 20-2007 (EGS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated April 8, 2022          Respectfully submitted,

>    */s/ Matthew Strugar*
>    Matthew Strugar (D.C. Bar No. 1010198)
>    Law Office of Matthew Strugar
>    3435 Wilshire Blvd., Suite 2910
>    Los Angeles, CA 90010
>    323-696-2299
>    matthew@matthewstrugar.com
>
>    *Counsel for Plaintiff*
>
>    MATTHEW M. GRAVES, D.C. Bar No. 481052
>    United States Attorney
>
>    BRIAN P. HUDAK
>    Acting Chief, Civil Division
>
>    By:    /s/   *Christopher C. Hair*
>    CHRISTOPHER C. HAIR, PA Bar No. 306656
>    Assistant United States Attorney
>    555 Fourth Street, N.W.

                                        Washington, D.C. 20530
                                        (202) 252-2541
                                        christopher.hair@usdoj.gov

*Counsel for Defendant*